IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 03-CV-00611, LTB-PAC

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 2 2006

GREGORY C. LANGHAM
CLERK

James Darren McDaniel,
    Plaintiff(s),

vs.

Colorado Attorney General, et al.,
    Defendant(s).

### ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 11th day of July, 2006.

BY THE COURT:

_____
Lewis T. Babcock, Chief Judge

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Chief Judge, <u>Lewis T. Babcock</u>, was mail to the following:

James Darren McDaniel
Prisoner # 63787
Limon Correctional Facility
49030 State Hwy 71
Limon, Colorado 80826

State of Colorado
First Judicial District
Jefferson County Combined Courts
100 Jefferson County Parkway
Golden, Colorado 80401-6002

Date: 7/12/06         By: _____
                              Deputy Clerk